UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
JESSICA COOK,                                    :
                                                 :
                *Plaintiff*,    :
                                                 :      1:21-cv-08935 (ALC)
   -against-                                   :
                                                 :      CONFERENCE ORDER
AMERICAN EXPRESS,                                :
                                                 :
                *Defendant*.   :
                                                 :
                                                 :
                                                 :
----------------------------------------------------------------- :
                                                 :
                                                 x

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Thursday, July 13, 2023 at 2PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **July 7, 2023**
          **New York, New York**              **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**