UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA COOK, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>       -v-<br><br>AMERICAN EXPRESS,<br><br>       Defendants. | Civil Case Number: 1:21-cv-08935-ALC<br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 11, 2023 Stipulation of Dismissal, all claims asserted against all Defendants in Civil Action No. **1:21-cv-08935-ALC**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

The Clerk of the Court is respectfully directed to terminate the conference order at ECF 27.

**SO ORDERED THIS 12th day of July 2023.**

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE